# United States Court of Appeals
## For the First Circuit

No. 05-1268

UNITED STATES OF AMERICA,

Appellee,

v.

LENNY JIMÉNEZ-BELTRE,
a/k/a TONY PÉREZ, HÉCTOR CINTRÓN,
HÉCTOR GUZMÁN-RIVERA,

Defendant, Appellant.

ERRATA

The opinion of this court, issued on March 9, 2006, should be amended as follows:

On page 10, line 15, replace "§ 3553(6)" with "§ 3553(a)(6)".

On page 11, line 7, insert "F.3d" before "at".